# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO. 3:03-CV-454-W

| | | |
|---|---|---|
| **GALE PICKLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNUMPROVIDENT CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before <u>December 14, 2006</u>.

IT IS SO ORDERED.

Signed: November 14, 2006

Frank D. Whitney
United States District Judge